JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Roger C. Fountain

**DEFENDANTS**
Ed Enriquez d/b/a State Farm Agent

(b) County of Residence of First Listed Plaintiff  Collin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Ryan M. Miller, Ogletree Deakins, 8117 Preston Road, Suite 500, Dallas, TX 75225, 214-987-3800

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 USC § 227
Brief description of cause:
Telephone Consumer Protection Act violation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 6/12/2013
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUD _____

EXHIBIT
A-1

CAUSE # SC-13-24

ROGER FOUNTAIN § In the Small Claims Court
**Plaintiff**

VS § Precinct Three, Place Two

ED ENRIQUEZ, dba STATE FARM AGENT § Collin County, Texas
**Defendant**
By Serving: ED ENRIQUEZ

Registered Agent: ED ENRIQUEZ

### PLAINTIFF'S STATEMENT OF CLAIM

ROGER FOUNTAIN, Plaintiff, whose Driver's License number is ** 072 (Last 3 #'s) and whose **MAILING**
address is: P.O. Box 868135  PLANO  TX  75086  COLLIN  TX
(Street / City / State / Zip / County / State)

and telephone numbers are: 214-701-4531
(Daytime / FAX / E-mail)

ED ENRIQUEZ, DBA STATE FARM AGENT, Defendant, whose Driver's License number is ** U/K and whose (Last 3 #'s)
**PHYSICAL** address is: 2351 W. NORTHWEST HWY SUITE 3360 DALLAS TX 75220
(Street / City / State / Zip)

DALLAS County, Texas, 214-350-7111 and is justly indebted to the Plaintiff in the sum of:
(Phone Number)

$5,000.00 plus court costs of $250.00 for reason(s) of: Violations of the TEXAS STATE AND NATIONAL DO NOT CALL REGISTRIES, VIOLATIONS OF THE TCPA, AND

plus attorney fees if applicable.

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

AND there are no counterclaims existing in favor of the Defendant(s) against Plaintiff(s) except NONE

**Plaintiff(s) request(s)** a judgment for a sum of money against Defendant's, pre-judgment interest, plus reasonable attorney fees, plus all costs of court, plus post-judgment at the highest legal rate.

CLERK OF COURT
JUSTICE COURT PCT 3-2
COLLIN COUNTY, TEXAS
FILED

Plaintiff (SIGNATURE MUST BE NOTARIZED AT COURT or PRIOR TO FILING)

*********************************************************

On this the day, the above named person appeared and swore on an affidavit under oath that the above information set out herein is true and correct.

Subscribed to and Sworn before me this 7th day of January, 2013.

JP 3-2 Court Clerk OR Notary Public, Collin County, Texas

CLERK OF COURT
JUSTICE COURT
My Commission Expires
COLLIN COUNTY, TEXAS

Judge John E. Payton, JP 3-2    920 E. Park Boulevard    Suite 210    Plano, Texas 75074    972-881-3109    Revised 09-01-2007

CASE NO. 32SC1324

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the **ONE** that applies, sign below as Plaintiff and have this form Notarized)

[X] is NOT in the military.

[ ] is NOT on active duty in the military and/or

[ ] is NOT in a foreign country on military service.

[ ] is on active military duty and/or is subject to the Service members Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Service members Civil Relief Act of 2003.

[ ] military status is unknown at this time.

*FILED 2013 JAN 17 AM 11:31 JUSTICE COURT PCT 3 PL 2 COLLIN COUNTY, TEXAS*

_____
PLAINTIFF

Sworn to and subscribed before me on the 17th day of January, 20 13.

STATE OF TEXAS
COUNTY OF COLLIN

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

_____
NOTARY PUBLIC SIGNATURE         SEAL         CLERK OF COURT
                                             JUSTICE COURT PCT. 3-2
                                             COLLIN COUNTY, TEXAS

OR

_____
CLERK OF THE COURT              CLERK SEAL

CLERK OF COURT
JUSTICE COURT
PCT. 3, PL 2
COLLIN COUNTY, TEXAS

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

Judge John Payton, JP 3-2        920 E. Park Blvd.        Suite 210        Plano, Texas 75074

# THE STATE OF TEXAS

## CITATION

TO THE DEFENDANT: **ED ENRIQUEZ DBA STATE FARM AGENT**

GREETINGS:

"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU (OR YOUR ATTORNEY) DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TEN DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU"

YOU ARE HEREBY COMMANDED to be and appear before me, a Justice of the Peace, in and for Precinct 3-2, Collin County, Texas, at or before Ten O'clock A.M., on the Monday next after the expiration of 10 days from the date of service hereof, then and there to answer to the petition of the plaintiff.

Type of Case: **Small Claims**
Docket Number: **32-SC-13-00024**

**STYLE**

| **Plaintiff** | **Defendant** |
|---|---|
| ROGER FOUNTAIN | ED ENRIQUEZ DBA STATE FARM AGENT |
| P. O. BOX 868135 | 2351 W NORTHWEST HWY |
| PLANO, TEXAS 75086 | SUITE 3360 |
| | DALLAS, TEXAS 75220 |
| Represented by: | Represented by: |

Filed on **January 17, 2013.**

The nature of the plaintiff's demand being suit upon: **See Attached Petition**

For **$ 5,000.00; 31.00 Court Costs; Attorney's fees TBD.**

Date Citation Issued: **January 17, 2013**

Citation Placed in the Hands of: **PLAINTIFF FOR CERTIFIED MAIL/RRR SERVICE**

Officially given under my hand this 17th day of January, 2013.

_____
**JUDGE JOHN E. PAYTON**
Justice Court 3-2
920 E. Park Boulevard
Suite 210
Plano, Texas 75074
972-881-3180

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

_____
CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

32-SC-13-24

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STATE FARM
ED. ENRIQUEZ
2351 W. Northwest Hwy
Ste 3360
DALLAS, TX 75220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Violeta Rodriguez   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 1/23/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service la__  7012 3050 0000 7498 2134

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Judge John Payton
Justice Court
Precinct 3, Place 2
920 E. Park Blvd
Ste # 210
Plano, TX 75074

2013 JAN 25 PM 2:46
JUSTICE COURT PCT. 3 PL. 2
COLLIN COUNTY
FILED

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

_____
CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

Eduardo R. Enriquez
State Farm Insurance Agent
2351 W Northwest Hwy Suite 3360
Dallas, TX 75220
214.263.0331 - Cell

FILED

2013 JAN 28 PM 1:51

JUSTICE COURT
PCT. 3 PL. 2
COLLIN COUNTY, TEXAS

The Honorable Judge John E. Payton
Justice Court 3-2
920 E. Park Boulevard
Suite 210
Plano, TX 75074

RE:   Docket Number 32-SC-13-00024 – Plaintiff, Roger Fountain; Defendant, Ed Enriquez

Dear Judge Payton,

I deny all allegations asserted in the Plaintiff's Statement Of Claim submitted by Mr. Roger Fountain.

The facts associated with his frivolous claim are as follows:

1) Neither I nor anyone in my office called Mr. Fountain to solicit business. The Company who actually called Mr. Fountain is Instant Insurance Marketing (IIM). IMM is a telemarketing service based in Los Angeles, California (10801 National Boulevard #405 Los Angeles, CA 90064, telephone# 888.408.0252). The attached document shows an IIM representative contacted Mr. Fountain on January 09, 2013 at 10:09:57 AM.

2) I contacted the President of IIM, Jeff Schaffer, after receiving the citation. Mr. Schaffer will be sending me supporting documentation that shows Mr. Fountain gave permission to be contacted by third-party business partners. As per FTC Consumer Information listed on their Web site, "calls...would still be permitted, as would calls from companies with which you have an existing business relationship, or those to whom you've provided express agreement in writing to receive their calls."

3) A transcript of the conversation that the IIM representative had with Mr. Fountain will be provided that shows Mr. Fountain agreed to proceed with an auto insurance quote. At which point, he was transferred to my office to commence the auto quote process. At no point did a representative from my office or I contact Mr. Fountain directly to solicit business.

Respectfully,

Eduardo R. Enriquez

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

State of Texas
County of Dallas

This instrument was acknowledged before me this 25th day of January, 2013, by Eduardo Enriquez

___ Personally known or ne Produced Drivers Licence as identification.

{Notary Seal}

ROSIO ADRIANA SIMENTAL
Notary Public, State of Texas
My Commission Expires
August 12, 2016

Rosio Simental
Notary Public, State of Texas

FILED
2013 JAN 28 PM 1:52
JUSTICE COURT
PCT. 3 PL. 2
COLLIN COUNTY, TEXAS

**Current system status:**
**ATTENTION:**
Because of the recent technical issues with our upgrades, all leads received on 1/23 and 1/24 are free of charge and have been credited to your account! Thank you for your patience!
All systems are now online!
(as of 01/25 @ 15:00 GMT)

By viewing and using this page you agree to our latest policy and conditions found here. (Updated 12/10/201?)

Customer: Enriquez
Currently set to run: YES
Transfer number: (214) 350-7111
Area code(s): 214 469 972 682

Daily Cap: 5 Leads per day average
Lead criteria: PREFERRED DRIVERS
Days Running: W Th F

Zip code targeting: YES
Capacity: 3 Agents
Email notifications to: ed.enriquez.rsv@statefarm.com

| Name | Vehicle | Driver Info | Status | Actions |
|---|---|---|---|---|
| DEMETRIUS WILSON, 4700 FORTY CIR, ARLINGTON TX 76006, (469) 560-1514 | Veh 1: 2004 Ford Taurus, Veh 2:, Veh 3: | Driver is: Preferred Driver, Other remarks: cantto, Owns?:Ren..., DOB: 4/14/?? | Low priority, No status specified, No customer notes entered..., 2013-01-09 11:27:01 By:1021 | Manage Lead, Request Credit |
| ANN DAVILA, 700 POLK CIR APT 505, ARLINGTON TX 76011, (214) 554-7655 | Veh 1: 2006 Dodge Ram 1500, Veh 2:, Veh 3: | Driver is: Preferred Driver, Other remarks: Currently with Altima Clean record, Owns?:Renter, DOB: 10/31/74 | Low priority, No status specified, No customer notes entered..., 2013-01-09 10:44:36 By:1011 | Manage Lead, Request Credit |
| JOHN ROBERTS, 6020 W PARKER RD, PLANO TX 75023, (214) 701-4531 | Veh 1: 1989 toyota corolla, Veh 2:, Veh 3: | Driver is: Preferred Driver, Other remarks:, Owns?:Renter, DOB: 3/1/81 | Low priority, No status specified, No customer notes entered..., 2013-01-09 10:09:57 By:1019 | Manage Lead, Approved |
| JERROD BARBER, 700 NICKELVILLE LN, WYLIE TX 75098, (214) 202-9224 | Veh 1: 1991 GMC Pickup, Veh 2:, Veh 3: | Driver is: Preferred Driver, Other remarks:, Owns?:Renter, DOB: 3/26/?? | Low priority, No status specified, No customer notes entered..., 2013-01-09 08:27:29 By:1025 | Manage Lead, Request Credit |
| ROBERTA MEDINA, 1903 MEADOW GLN, IRVING TX 75060, (214) 514-5505 | Veh 1: 2000 ford f150, Veh 2:, Veh 3: | Driver is: Preferred Driver, Other remarks: ???, Owns?:???, DOB: ??/??/?? | Low priority, No status specified, No customer notes entered..., 2013-01-08 13:04:49 By:1019 | Manage Lead, Request Credit |
| E MACKEY, 731 LEMONS ST, CEDAR HILL TX 75104, (214) 498-4618 | Veh 1: 05 chrysler, Veh 2:, Veh 3: | Driver is: Preferred Driver, Other remarks: ???, Owns?: ???, DOB: 02/14/53 | Low priority, No status specified, No customer notes entered..., 2013-01-08 09:52:45 By:1029 | Manage Lead, Request Credit |

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

_signature_
CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

CAUSE NO. 32-SC-13-00024

FILED
2013 APR 15 PM 12:55
JUSTICE COURT
PCT. 3 PL. 2
COLLIN COUNTY, TEXAS

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

| | | |
|---|---|---|
| Roger C. Fountain, | § | In the Small Claims Court |
| Plaintiff, | § | |
| | § | |
| vs. | § | Precinct Three, Place Two |
| | § | |
| Ed Enriquez, | § | |
| d/b/a State Farm Agent, | § | |
| | § | |
| Defendants. | § | Collin County, Texas |

## DEFENDANT'S SPECIAL EXCEPTIONS
## TO PLAINTIFF'S STATEMENT OF CLAIM

Defendant, Ed Enriquez, files his special exceptions to Plaintiff Roger C. Fountain's Statement of Claim, and respectfully states as follows:

I.

### LEGAL AUTHORITY

1. Under Texas Rules of Civil Procedure 90 and 91, special exceptions are the proper means for challenging the sufficiency of a plaintiff's pleadings. *Friesenhahn v. Ryan*, 960 S.W.2d 656, 658 (Tex. 1998); *Adams v. First Nat'l Bank of Bells/Savoy*, 154 S.W.3d 859, 876 (Tex.App.—Dallas 2005, no pet.). The purpose of special exceptions is to inform the opposing party of defects in its pleadings so the party can cure them, if possible, by amendment. *Horizon/CMS Healthcare Corp. v. Auld*, 34 S.W.3d 887, 897 (Tex. 2000). "The purpose of special exceptions is to furnish the adverse party a medium by which to force clarification of pleadings when they are not clear or sufficiently specific." *Villarreal v. Martinez*, 834 S.W.2d 450, 451 (Tex.App.—Corpus Christi 1992, no writ). If the plaintiff cannot cure the defect by amendment, the Court may dismiss the claims with prejudice. *See Joseph E. Seagram & Sons, Inc. v. McGuire*, 814 S.W.2d 385, 385–86 (Tex. 1991); *Hickman v. Myers*, 632 S.W.2d 869, 869–

70 (Tex. App.—Fort Worth 1982, writ ref'd n.r.e.). The court is not required to give the plaintiff an opportunity to amend if the pleading defect is one that cannot be cured by amendment (e.g., a pleading asserts an unrecognized cause of action). *Mowbray v. Avery*, 76 S.W.3d 663, 678. Defendant asks the Court to sustain its special exceptions and dismiss Plaintiff's claims of "violations of Texas state and National do not call registries, violations of the TCPA, and phone harassment because they are not viable under Texas law, or, in the alternative, require Plaintiff to cure all pleading defects.

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

II.

## SPECIAL EXCEPTIONS

**Special Exception No. 1:** Defendant specially excepts to Plaintiff's claim for "violations of Texas state and National do not call registries." *See Exhibit 1*, Plaintiff's Statement of Claim, p. 1. Plaintiff's Statement of Claim fails to clearly and sufficiently specify the statutes giving rise to his "do not call" claims. *See Villarreal*, 834 S.W.2d at 451. In other words, Defendant does not have sufficient information to properly defend against Plaintiff's claims. Defendant requests that the Court require Plaintiff to cure all pleading defects by specifically alleging the statutes giving rise to his claims, or in the alternative, dismiss Plaintiff's "do not call" claims if Plaintiff fails to cure.

**Special Exception No. 2:** Defendant specially excepts to Plaintiff's claim under the "TCPA." *See Exhibit 1*, Plaintiff's Statement of Claim, p. 1. Plaintiff's Statement of Claim fails to clearly and sufficiently specify a cause of action and, in fact, Defendant is unable to ascertain what statute Plaintiff is referencing as the "TCPA." *See Villarreal*, 834 S.W.2d at 451. Again, Defendant does not have sufficient information to properly defend against Plaintiff's claims. Defendant requests that the Court require Plaintiff to cure all pleading defects by specifically

alleging the statute giving rise to his "TCPA" claim, or in the alternative, dismiss Plaintiff's "TCPA" claim if Plaintiff fails to cure.

**Special Exception No. 3:** Defendant specially excepts to Plaintiff's claim for "phone harassment." *See Exhibit 1*, Plaintiff's Statement of Claim, p. 1. Plaintiff's Statement of Claim fails to clearly and sufficiently specify what statute gives rise to his claim for "phone harassment." *See Villarreal*, 834 S.W.2d at 451. Again, Defendant does not have sufficient information to properly defend against Plaintiff's claim. Defendant requests that the Court require Plaintiff to cure all pleading defects by specifically alleging the statute giving rise to his "phone harassment" claim, or in the alternative, dismiss Plaintiff's "phone harassment" claim if Plaintiff fails to cure.

## III.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court sustain its special exceptions and require that Plaintiff cure all pleading defects within 5 business days, or in the alternative, if Plaintiff fails to cure all pleading defects that the Court dismiss Plaintiff's claims with prejudice. Defendant further prays that Plaintiff take nothing from his suit against Defendant, and that costs be assessed against Plaintiff. Defendant further prays for such other and further relief, general and specific, at law or in equity, to which Defendant is justly entitled.

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

_____
Alicia Sienne Voltmer
Texas State Bar No. 00797605
Ryan M. Miller
Texas State Bar No. 24070281
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, a true and correct copy of the foregoing document has been filed with the Court and served on *pro se* Plaintiff by certified mail, return receipt requested and regular mail, as follows:

Roger C. Fountain
P.O. Box 868135
Plano, Texas 75086

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: 214.987.3800
Facsimile: 214.987.3927
www.ogletreedeakins.com

Ryan M. Miller
214.624.1145
ryan.miller@ogletreedeakins.com

April 11, 2013

> I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PRECINCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.
>
> CLERK OF COURT
> JUSTICE COURT PCT. 3-2
> COLLIN COUNTY, TEXAS

*Via Federal Express*

Clerk
Justice of the Peace Court, Precinct 3-2
Collin County Courthouse
920 E. Park Blvd., Suite 210
Plano, TX 75074

Re: *Roger C. Fountain v. Ed Enriquez dba State Farm Agent*, Case No. 32-SC-13-00024, in Small Claims Court, Precinct Three, Place Two, Collin County, Texas

Dear Clerk:

Please find enclosed the original and two copies of Defendant's Special Exceptions to Plaintiff's Statement of Claim. Please file the original among the Court's papers in this matter, and return a file-marked copy to me using the enclosed envelope.

By copy of this letter, a copy of Defendant's Special Exceptions to Plaintiff's Statement of Claim is being served on all parties in this matter as listed below.

Best regards,

Ryan M. Miller

RMM/yeb
Enclosures

cc w/Enclosure via ***U.S. Mail*** and ***Certified Mail, RRR # 7196 9008 9111 5161 4407***:
Roger C. Fountain
P.O. Box 868135
Plano, TX 75086

---

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington

From: (214) 987-3800  Origin ID: TRLA
Yolanda E. Bables
Ogletree Deakins
8117 Preston Road, Suite 500
Dallas, TX 75225

FedEx Express

Ship Date: 11APR13
ActWgt: 0.5 LB
CAD: 103782128/WSXI2500

Delivery Address Bar Code

SHIP TO: (972) 424-1460  BILL SENDER
**CLERK**
**Justice of the Peace Court Prec 3-2**
**920 E Park Blvd Ste 210**

**Plano, TX 75074**

Ref # 410673.000063-9881
Invoice #
PO #
Dept #

RELEASE#: 3785346

TRK# 7995 0162 8596
0201

FRI - 12 APR 10:30A
PRIORITY OVERNIGHT

**AD DNEA**

75074
TX-US
DFW

FOLD on this line and place in shipping pouch with bar code and delivery address visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.



CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

http://eis-ship.odnss.com/index.php                                     4/11/2013

CASE NO: 32-SC-13-00024

| | | |
|---|---|---|
| **ROGER FOUNTAIN** *Plaintiff* | § | IN THE SMALL CLAIMS/JUSTICE COURT |
| vs. | § | PRECINCT THREE, PLACE TWO |
| **ED ENRIQUEZ DBA STATE FARM AGENT** *Defendant* | § | COLLIN COUNTY, TEXAS |

### ORDER SETTING MOTION HEARING FOR DEFENDANT'S SPECIAL EXCEPTIONS TO PLAINTIFF'S STATEMENT OF CLAIM

The plea having been presented and duly considered, the Court is of the opinion that a hearing on same is necessary.

**IT IS THEREFORE ORDERED** that said Plea is set for hearing on the <u>3rd day of June, 2013 at 11:00</u> AM in the **JUSTICE COURT, PRECINCT 3, PLACE 2, COLLIN COUNTY, TEXAS, JUDGE JOHN E. PAYTON AT 920 E. PARK BOULEVARD, SUITE 210, PLANO, TEXAS, 75074**.

SIGNED this 19th day of April, 2013

JUDGE JOHN E. PAYTON
Justice of the Peace 3-2

Norma, Legal Clerk
972-881-3180

---

Notices Mailed/Faxed To:

ROGER FOUNTAIN
PO BOX 868135
PLANO TX 75086

RYAN M. MILLER
PRESTON COMMONS WEST
8117 PRESTON ROAD
SUITE 500
DALLAS, TX 75225

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS



Justice Court
Precinct 3, ... 2
920 E. Par... Suite 210
Plano, Texas ...

Ryan M. Miller
Preston Commons West
8117 Preston Road
Suite 500
Dallas TX 75225

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS



Justice Court
Precinct 3, [illegible] 2
920 E. Par[illegible]
Plano, Texas [illegible]

ROGER FOUNTAIN
PO BOX 868135
PLANO TX 75086

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

**AMENDED**

## CAUSE # SC- 13-24

Plaintiff: Roger Fountain

§ In the Small Claims Court

vs.

Defendant: Ed Enriquez dba STATE FARM AGENCY §

By Serving: ED ENRIQUEZ

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT.

Collin _____
CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

### PLAINTIFF'S STATEMENT OF CLAIM

Roger Fountain, Plaintiff, whose TX Drivers License number is ___ and Social Security number is ***-**-* 185 (last 3 numbers) and whose **MAILING** address is:

P.O. Box ___ 85, PLANO, TX 75___

County: COLLIN (County) Texas, and telephone numbers are:

214-70_-4531 (daytime) 214-556-3623 (FAX) rcfountain@live.com (email)

ED ENRIQUEZ dba STATE FARM, Defendant, whose **PHYSICAL** address:

2251 ___ WEST HWY, Ste 3360, DALLAS, TX ___

DALLAS County, Texas, 214-350-7111 (Phone Number) and whose u/k Drivers License number is ***** u/k (last 3 numbers) and Social Security number is ***-**-* u/k (last 3 numbers), and is justly indebted to the Plaintiff in the sum of: $ PF-5,000.00 plus court costs of $ TBA

for reason(s) of: VIOLATIONS OF THE TEXAS NO CALL LIST specifically violations OF THE FEDERAL DO NOT CALL REGISTRY specifically failing to honor internal do not call list/registry/guidelines, 47 U.S.C. _____(5) phone harassment, The Telephone Consumer Protection Act, TCPA, intentional infliction of emotional distress and Sec. 64.1200 (c)(2)(vi)

plus attorney fees if applicable. 47 U.S.C. Fed-227(c)(5) Sec 64.1200 ___

Sect 227

Plaintiff signature ___ (SIGNATURE MUST BE NOTARIZED AT COURT or PRIOR TO FILING)

********************************

On this the day the above named person appeared and swore on an affidavit under oath that the above information set out herein is true and correct.

Subscribed to and Sworn before me this 3rd day of June

JP 3-2 Court Clerk OR Notary Public, Collin County, Texas   My Commission Expires

CLERK OF COURT
JUSTICE COURT
PCT. 2
COLLIN COUNTY TEXAS