# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ROGER C. FOUNTAIN | § |
| | § |
| v. | § CIVIL ACTION NO. 4:13cv322 |
| | § (Judge Clark/Judge Mazzant) |
| ED ENRIQUEZ, | § |
| D/B/A STATE FARM AGENT | § |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Under Federal Rule 12(b)(6), or Alternatively Motion for More Definite Statement (Dkt. #2). On June 18, 2013, the Court entered its Order and Advisory, ordering the parties to replead within thirty (30) days, as necessary, to comply with the Federal Rules of Civil Procedure and the Court's Local Rules.

It is therefore **ORDERED** that Defendant's Motion to Dismiss Under Federal Rule 12(b)(6), or Alternatively Motion for More Definite Statement (Dkt. #2) is **DENIED** as moot, subject to refiling, if necessary.

**SIGNED this 18th day of June, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE